# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN D. HEATON-DISM AS TO JOHN ONLY & TERESA M. HEATON    Case Number: 05-72736
1602 BRUNER STREET    SSN-xxx-xx-5450 & xxx-xx-1064
ROCKFORD, IL  61103

Case filed on:    6/2/2005
Plan Confirmed on:    12/2/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,729.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,601.76 | 2,601.76 | 2,601.76 | 0.00 |
|  | Total Legal | 2,601.76 | 2,601.76 | 2,601.76 | 0.00 |
| 011 | ORTHOPEDIC ASSOC OF NORTHERN ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MUSIC CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPT OF HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN D. HEATON-DISM AS TO JOHN ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ASSOCIATED LOAN SERVICES | 966.42 | 966.42 | 588.95 | 0.00 |
| 002 | ASSOCIATED BANK | 14,300.00 | 14,300.00 | 8,116.07 | 1,484.60 |
| 003 | COUNTRYWIDE HOME LOANS INC | 3,245.19 | 3,245.19 | 1,977.65 | 0.00 |
| 025 | ROCKFORD MUSIC CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 18,511.61 | 18,511.61 | 10,682.67 | 1,484.60 |
| 002 | ASSOCIATED BANK | 101.99 | 101.99 | 0.00 | 0.00 |
| 005 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DR. DALE GRAY | 368.70 | 368.70 | 0.00 | 0.00 |
| 007 | EAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MULFORD DENTAL GROUP | 409.40 | 409.40 | 0.00 | 0.00 |
| 010 | NICOR GAS | 766.40 | 766.40 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH PHYSICIANS | 1,628.85 | 1,628.85 | 0.00 | 0.00 |
| 013 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 689.40 | 689.40 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SAFECO INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | TRU GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,964.74 | 3,964.74 | 0.00 | 0.00 |
|  | Grand Total: | 25,078.11 | 25,078.11 | 13,284.43 | 1,484.60 |

Total Paid Claimant:    $14,769.03
Trustee Allowance:    $959.97
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                By  /s/Heather M. Fagan